DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN BRIDGES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-707

[May 24, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2012-CF-013019-AXXX-MB.

Calvin Bridges, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***